**The following constitutes
the order of the court. Signed September 26, 2014**

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                Case No. 14-43700 MEH
                                                     Chapter 13
LINDA SOTERA MORENO,

                       Debtor./

ORDER EXTENDING DEADLINE

    On request of the debtor, and good cause appearing, the deadline to file the required documents and to provide the Trustee with a copy of the most recent Federal income tax return is extended to close of business on October 6, 2014.  In the event the debtor fails to timely file the above documents, this case may be dismissed without further notice or hearing.

                              **END OF ORDER**

COURT SERVICE LIST

ECF Participants